UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DYSON, INC. and STARR INTERNATIONAL (EUROPE) LIMITED, <br><br> Plaintiffs, <br><br> - against - <br><br> KUEHNE + NAGEL INC. d/b/a BLUE ANCHOR AMERICA LINE, <br><br> Defendant. | Case No. 1:24-cv-3571 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached an agreement in principle to settle this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs to any party and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

All case deadlines are adjourned sine die.

SO ORDERED.

Dated: June 26, 2024

New York, New York

_____
J. PAUL OETKEN
United States District Judge